# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**MARIO NICKSON**                                                                                          **PETITIONER**

V.                              No.  4:23-cv-00481-JM-ERE

**EVERETTE WILKERSON**                                                                           **RESPONDENT**

## ORDER

The Court has received a Recommendation from Magistrate Judge Edie R. Ervin. No objections have been filed. After careful consideration, the Court approves and adopts the Recommendation in all respects.

Accordingly, the Petition for Writ of Habeas Corpus is DISMISSED without prejudice. Judgment will be entered accordingly.

IT IS SO ORDERED this 26th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE