UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**MARIO NICKSON**                                                                               **PETITIONER**

V.                        No.  4:23-cv-00481-JM-ERE

**EVERETTE WILKERSON**                                        **RESPONDENT**

## JUDGMENT

Consistent with the Order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 26th day of June, 2023.

_____
UNITED STATES DISTRICT JUDGE